UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROCCO A DIMAGGIO, | |
| Plaintiff, | CIVIL ACTION NO. 3:21-CV-01406 |
| v. | (MEHALCHICK, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**ORDER**

**AND NOW**, this 26th day of August, 2022, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT:

1. The Commissioner's decision to deny Plaintiff Rocco A. DiMaggio benefits under Title II of the Social Security Act (*see* Doc. 1, at 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against DiMaggio; and

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**